770 S.E.2d 392

The SPRIGGS GROUP, P.C., Respondent,

v.

Gene R. SLIVKA, Petitioner.

Appellate Case No. 2013–000800.

No. 27508.

Supreme Court of South Carolina.

Heard Feb. 3, 2015.
Decided March 18, 2015.

Robert T. Lyles, Jr., of Lyles & Lyles, L.L.C., of Charleston, for Petitioner.

James Atkinson Bruorton, IV and Timothy James Wood Muller, of Rosen Rosen & Hagood, L.L.C., of Charleston, for Respondent.

PER CURIAM.

We granted the petition for a writ of certiorari to review the Court of Appeals' decision in *The Spriggs Group, P.C. v. Slivka*, 402 S.C. 42, 738 S.E.2d 495 (Ct.App.2013). We first direct the Court of Appeals to depublish its opinion and assign the matter an unpublished opinion number. The above opinion shall no longer have any precedential effect. Next, we dismiss as improvidently granted the writ of certiorari.

Accordingly, we

DEPUBLISH THE OPINION OF THE COURT OF AP-
PEALS AND DISMISS CERTIORARI AS IMPROVI-
DENTLY GRANTED.

TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and
HEARN, JJ., concur.